IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES J. MELTON,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**SAVE A LOT,** *et al.*,<br><br>　　　　　**Defendants.** | **CIVIL ACTION NO. 22-1317** |

# ORDER

**AND NOW,** this 15th day of June 2022, upon consideration of Melton's Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 1] and Complaint [Doc. No. 2], it is hereby **ORDERED** that:

1. Melton's motion for leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3. If he wishes to do so, Melton may file an amended complaint no later than **July 15, 2022**. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Melton's claims against each defendant, including grounds for subject matter jurisdiction. The amended complaint shall be a complete document that does not rely on the Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Melton should be mindful of the Court's reasons for dismissing his Complaint as explained in the Memorandum Opinion.

4. The Clerk of Court is **DIRECTED** to send Melton a blank copy of the Court's general form complaint for filing a civil action bearing the above civil action number. Melton may use this form to file his amended complaint if he chooses to do so.[1]

5. The Clerk of Court is directed to **CLOSE** the case pending the possible filing of an amended complaint.

It is so **ORDERED**.

                **BY THE COURT:**

                **/s/ Cynthia M. Rufe**

                **CYNTHIA M. RUFE, J.**

---

[1] This form is available on the Court's website at https://www.paed.uscourts.gov/documents/forms/frmcgenf.pdf.